### PETITION OF HENRY PAGET, 1746

W^m Strengthfield

D Updike pro Resp^ts

COLONY OF RHODE Is^D ETC. At a Court of Vice Admiralty held at Newport In S^d Colony On Monday the 4th day of August A. D. 1746 At Ten o the Clock A.M. Present the hon^ble W^m Strengthf^d Esq^r Deputy Judge The Court being opened The petition of Henry Pagget, with the Citation being read in

Court The Adverse party not being present the Court was adjourned untill 3 o the Clock P. M. The Court being opened accordingly His Hon$^r$ the Dep: Judg$^e$, proposed that both partys should chuse two Men, And that the Judge the third to Value the Sloop. w$^{ch}$ was agreed to Accordingly they proposed Cap$^t$ Tho$^s$ Wickham. and Benj$^m$ Wickham. Philip Wilkinson The Court was adjourned Untill further Notice opened and Adjourned Saturday Sep$^r$ the 21st 1746. The Court being opened The petition being read, etc. The Evidences, Viz$^t$ Mr Ward Adv$^o$ for the Pet$^r$ opened the Case and a reply made by M$^r$ Updike adv$^o$ for the defendants, and Closed by M$^r$ Ward. And the Court was adjourned untill further Notice The Decree was given the 26th day of Sep$^r$ 1746. A Bond was Lodged by Stephen Hopkins and John Mawney, agreable to the Decree

Newport Aug$^t$ 7th 1746.

Pursuant to the within Warrant, we the subscribers have viewed the Sloop Reprisal with her Guns, Stores, etc. as she came from her Last Cruise, agreable to the Inventory delivered to us by the parties concerned, and do Judge the said Sloop, with her Stores etc. (Including Eighty pounds allowed for one mainsail, two q$^{ds}$ of Old Cable, and one Anchor as per agreement of the owners) To be worth Thirty eight hundred and Twenty pounds Old Tenor.

Tho$^s$ Wickham
Philip Wilkinson
Benj$^a$ Wickham

I The Subscriber being Very, ConverSent, in Henry Paggit Esq$^r$ Company During The Time the Sloop Reprisal was fitting out in Aug$^{st}$ Last past and I often heard the said Henry say that he had offered the other Owners of Said Sloop Either to Sell his part of S$^d$ Sloop to them, or to buy all their parts; further he the Said Henry Told me he Had, Set a price on the Whole of Said Sloop and her appurteinences, which price was four Thousand and four hundred pound to be paid in one year after Sail, and further Saith not Providence September 4th Anno Domini 1746

Wittness my hand Daniel Jenckes
Sworn To this 4th Day of September A D 1746      Stephen Hopkins
Present Before Mee John Whipple Ju$^s$ Peese

The Deposition of Cap$^t$ Obediah Brown of Providence in the County of Providence being of Lawfull age Testifieth and Saith That Some Time in the month of July Last past, he This Deponant was in Company with Stephen Hopkins, and Henry Paggit Esq$^{rs}$ both of Said Providence, and That he heard the Said Paggit offier the Said Hopkins four thousand four hundred pounds for the whole of the Sloop Reprisal to be paid in Twelve

month upon good Security: and the Said Paggit offered to Sell his part of Said Sloop at the Same Rate and the Said Hopkins answerd the Said Paggit and Said you Shall have my part of Said Sloop at that Rate for I Look upon that to be more then She is worth and further Said not

Obediah Brown

PROVIDENCE IS September the 4th 1746 The above Subscriber Obediah Brown personaly appeared and made oath to the Truth of the above Deposition before me Daniel Jenckes Ju$^{st}$ Quo$^{rm}$ M$^r$ Stephen Hopkins being Present

[Admiralty Papers, IV, 66]

The Deposition of W$^m$ Pearce of Providence Inholder of Lawfull age testifyeth that The Articles for the Sloop Reprisal was put up in his House sometime in July last in order to get Men to go a Cruise in her, and that Stephen Hopkins Esq$^r$ had signed said Articles for himself and Company Owners of s$^d$ Sloop, and th$^t$ sometime in the S$^d$ Month Henry Paget Esq$^r$ Did stick or fasten under said Articles awriting signed by him the S$^d$ Paget protesting against the proceedings of said Owners that he would have nothing to do with the fitting of her out as a Privateer and further saith not

William Pearce

Sworn To in the Presents of Stephen Hopkins this forth Day of September A D 1746          Before Mee John Whipple Jus Peese.

Bill Cost. Paget a$^t$ Hopkins eta

| | £ | | |
|---|---|---|---|
| Drawing Petition | | 13 | 4 |
| Allowing the same | 1 | 3 | 4 |
| to the Marshall for the Precept Journey | 8 | | |
| horse hire and Service | | 10 | |
| Bails Bond and Enactment | 1 | | |
| Warr$^t$ of Appraisment | 1 | 5 | |
| returns on Oath | 1 | 5 | |
| five evidences | 5 | | |
| four Adjournments | 2 | 18 | 4 |
| Decree and Record$^s$ | | 8 | |
| filing Papers and taxing Cost | 1 | | |
| Lawyers fee. | £ 23 | 3 | |
| Bond | | 6 | |

I Order and Decree that Stephen Hopki[n]s, John Mauney, John Andrews, Chris$^n$ Lippit, Jer$^h$ Lippit Joseph Lippit, and Eliz$^h$ Dyne owners of Seven Eights parts of the Sloop Reprisal or any two of them which shall be agreeable to the Appellant do give bond in the Reg$^{rs}$ office to pay unto Henry

Pagget, his Heirs or Assigne The Sum of Four Hundred Seventy Seven Pounds Ten Shillings Currant Money of this Colony, of the Old Tenor, In case the said Sloop be taken or any other ways lost, As also in Case she returnes to make his Proportion good at that Value agreeable to the Appraisment made, and Lodged in this Court, I also order the said Stephen Hopkins, John Mauney John Andrews, Chris$^r$ Lippit, Jer$^h$ Lippit Joseph Lippit, and Eliz$^h$ Dyne To Pay the Cost of this Court

W$^m$ Strengthfield

Newport Sep$^r$ 26th 1746